PFJ Med. Care, P.C. v Hereford Ins. Co. (2021 NY Slip Op 50637(U))

[*1]

PFJ Med. Care, P.C. v Hereford Ins. Co.

2021 NY Slip Op 50637(U) [72 Misc 3d 131(A)]

Decided on July 2, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on July 2, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2019-75 K C

PFJ Medical Care, P.C., as Assignee of
Chaudry, Figaro, Respondent, 
against
Hereford Insurance Co., Appellant. 

Goldberg Miller & Rubin, P.C. (Timothy Bishop of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Sharon
Bourne-Clarke, J.), entered November 8, 2018, deemed from a judgment of that court entered
December 18, 2018 (see CPLR 5501 [c]). The judgment, entered pursuant to the November 8,
2018 order denying defendant's motion for summary judgment dismissing the complaint and
granting plaintiff's cross motion for summary judgment, awarded plaintiff the principal sum of
$469.45.

ORDERED that the judgment is reversed, with $30 costs, the order entered November 8,
2018 is vacated, defendant's motion for summary judgment dismissing the complaint is granted
and plaintiff's cross motion for summary judgment is denied.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from an order of the Civil Court denying defendant's motion which had sought summary
judgment dismissing the complaint on the ground that there was no coverage for no-fault benefits
as defendant had not issued an automobile insurance policy which would cover the underlying
accident, and granting plaintiff's cross motion for summary judgment. A judgment was
subsequently entered on December 18, 2018, from which the appeal is deemed to have been
taken (see CPLR 5501 [c]).
For the reasons stated in Gentlecare
Ambulatory Anesthesia Servs.; Lyonel F. Paul M.D. v Hereford Ins. Co. (69 Misc 3d
144[A], 2020 NY Slip Op 51379[U] [App Term, 2d Dept, 2d, [*2]11th & 13th Jud Dists 2020]), the judgment is reversed, the
order entered November 8, 2018 is vacated, defendant's motion for summary judgment
dismissing the complaint is granted and plaintiff's cross motion for summary judgment is
denied.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 2, 2021